The People of the State of Illinois, Plaintiff-Appellee, *v.* Haron E. Rucker, Defendant-Appellant.

(No. 56494; ▬▬▬▬▬▬▬

First District (5th Division)—December 8, 1972.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Thaddeus L. Kowalski and Robert M. Gray, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Zenon Forowycz, Assistant State's Attorneys, of counsel,) for the People.